# ALTER & BARBARO, ESQS.

*New York Office*  
**26 Court Street, Ste. 1812**  
**Brooklyn, New York 11242**  
Tel: (718)237-0880  
Fax: (718)237-0888  

*Florida Office*  
1234 East Concord Street  
Orlando, Florida 32803  
Tel: (407)897-0880  
Fax: (407)897-8558  

**Bernard Mitchell Alter °¤*•**  
**Nichole Castillo °¤**  
**Do K. Lee °¤**

**Stephen V. Barbaro °**  
**Troy Lambert°¤***

February 18, 2025

**By electronic filing on PACER**

Hon. John P. Cronan  
U.S. District Court of the Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

                    Re:    WZ USA, LLC v. QiFan Li and Zhenling Tao  
                              24-cv-08665-JPC

Dear Judge Cronan,

      My office represents the Defendants in the above referenced matter, which is currently scheduled for a conference tomorrow at 2:30pm. I am requesting a one-week adjournment, as the parties are currently working to resolve the issues that necessitated tomorrow's conference in the first place, to wit, the failure of the Defendants to turn over a fully executed deed to 650 Sixth Ave. Unit 6G, New York, NY 10011. Defendants intend on having said deed delivered by overnight mail to plaintiff's counsel's office by Thursday, February 20th.

      My partner, Do Lee, has conferred with my adversary, and Mr. Caruso consents to this request for a one-week adjournment of tomorrow's conference. Thank you for the Court's consideration in this matter.

The request is granted. The conference originally scheduled for February 19, 2025, is rescheduled to February 26, 2025, at 2:30 p.m.

SO ORDERED  
February 18, 2025  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge

Sincerely,  
ALTER and BARBARO

_____  
By: Bernard Mitchell Alter, Esq.

°New York ¤ New Jersey * Florida • Connecticut • Pennsylvania * Georgia • Colorado • Massachusetts • South Carolina • North Carolina • Washington D.C.