UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WZ USA, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>QIFAN LI and ZHENLING TAO,<br><br>   Defendants. | Case No.: 24-cv-08665 (JPC)<br><br>**AMENDED ORDER** |

**WHEREAS**, on or about January 30, 2025, the Court entered a Final Judgment, ECF 8 (the "Final Judgment");

**WHEREAS,** with respect to Plaintiff's second claim for relief, the Final Judgment provides, in relevant part:

> Defendants shall execute and deliver to Plaintiff, or its designee, a deed conveying all of Defendants' right, title, and interest in and to the Property to the Plaintiff (the "Deed"), within seven (7) days of the entry of this Final Judgment and shall not otherwise encumber the Property in any fashion;
>
> The Deed shall be in a form acceptable to Plaintiff and in compliance with all applicable laws, and Defendants shall cooperate in good faith to execute any additional documents necessary to effectuate the transfer of title;
>
> Upon settlement of the Note and delivery and acceptance of the Deed, Plaintiff shall file a satisfaction of judgment with the Court, releasing Defendants from further liability under the terms of the mortgage and note, except for any expressly reserved obligations as set forth in this Final Judgment;
>
> If Defendants fail to execute and deliver the Deed within the specified time, Defendants consent and authorize the Court to sign the Deed on their behalf;

ECF 8 at 5;

**WHEREAS**, as of February 26, 2025, Defendants did not execute and deliver to Plaintiff or its designee a Deed conveying title to the Property in a form acceptable to Plaintiff and in compliance with all applicable laws;

**WHEREAS**, on or about February 26, 2025, during a telephonic conference, the Court authorized Plaintiff to submit a Proposed Order to the Court;

**WHEREAS**, on or about March 5, 2025, Plaintiff submitted a Proposed Order to the Court, ECF 13-1, and Defendants failed to submit any objections within the timeframe provided by the Court; and

**WHEREAS**, on March 14, 2025, the Court entered the above-mentioned Proposed Order, which, *inter alia*, ordered the Sheriff of the City of New York to convey certain real property to Plaintiff, in conformance with CPLR 5107 (the "Order").

**IT IS HEREBY ORDERED THAT:**

1. The United States Marshals Service, or its authorized designee, or any authorized enforcement agency is hereby **ORDERED** and directed, pursuant to section 5107 of the N.Y. Civil Practice Law and Rules, to convey the real property, located at 6G, 650 Sixth Avenue, New York, New York (the "Property") to Plaintiff, WZ USA, Inc., in conformity with this direction, and to enforce all other aspects of the Order; and

2. Paragraphs 2, 3 and 4 of the Order remain in full force and effect.

Order entered this 25th day of March, 2025

_____
Hon. John P. Cronan
United States District Judge