**KENNETH CARUSO LAW LLC**
15 West 72nd Street | New York, NY 10023
E: ken.caruso@kennethcarusolaw.com | P: (646) 599-4970

April 16, 2025

<u>Via ECF</u>

Hon. John P. Cronan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *WZ USA, LLC v. QiFan Li and Zhenling Tao*, 24-cv-08665-JPC

Dear Judge Cronan:

  I represent Plaintiff, WZ USA, LLC ("Plaintiff"), in this action.

  On April 3, 2025, Plaintiff moved for an order compelling Defendants to provide complete responses to information subpoenas previously served on each of them. *See* ECF 19.

  On April 14, 2025, however, Defendants provided responses to the information subpoenas, which Plaintiff is now reviewing. In order to avoid unnecessary work for the Court, we respectfully ask the Court to authorize Plaintiff to withdraw the motion, ECF 19, without prejudice.

Respectfully submitted,

<u>/s/ Kenneth A. Caruso</u>
Kenneth A. Caruso

cc: Counsel of Record (via ECF)

---

The request is granted. Plaintiff's motion is denied without prejudice. The Clerk of Court is respectfully directed to terminate the motion pending at Docket Number 19.

SO ORDERED
April 17, 2025
New York, New York

                 *[signature]*
                 JOHN P. CRONAN
                United States District Judge