```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
WZ USA, LLC,                                                           :
                                                                       :
                                                                       :
                        Plaintiff,                                     :
                                                                       :
           -v-                                                         :   24 Civ. 8665 (JPC)
                                                                       :
QIFAN LI and ZHENLING TAO,                                             :   ORDER
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 24, 2025, at 2:00 p.m., the Court will hold an in-person conference to resolve the pending discovery disputes, *see* Dkts. 25, 27, and to discuss Plaintiff's premotion letter seeking leave to file a motion for an injunction, Dkt. 29.  The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 20, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge