UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                    :

WZ USA, LLC,                             :

                       Plaintiff,       :

                                  :

           -v-                  :          24 Civ. 8665 (JPC)

                                  :

QIFAN LI and ZHENLING TAO,       :          <u>ORDER</u>

                                  :

                     Defendants.     :

                                  :
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

For reasons stated on the record at the hearing held on November 24, 2025, the Court grants Plaintiff's motions to compel responses to information subpoenas from Defendants Qifan Li and Zhenling Tao, Dkt. 25, and from non-parties Pier E. Media Limited, Zedfactory Capitals, Inc., and QiFan, LLC, Dkt 27, except that the scope of Question 15 for each subpoena should be limited to gifts received or benefits provided since January 2017. Defendants' responses to the information subpoenas must be made within three weeks of this Order, which is December 22, 2025. Plaintiff must serve this Order at any known addresses for Defendants by December 5, 2025. Plaintiff also must serve this Order on Pier E. Media Limited, Zedfactory Capitals, Inc., and QiFan, LLC and file proof of such service on the docket within one week. After proof of service has been filed, those non-parties will have one week to respond to the questions therein.

The Court grants Bernard Mitchell Alter's motion to withdraw as counsel for Defendants. The Clerk of Court is respectfully directed to terminate Bernard Mitchell Alter as counsel in this matter.

The Court denies Plaintiff's request to file a motion for an injunction, Dkt. 29, without prejudice to refiling, if appropriate.

The Clerk of Court is respectfully directed to close Docket Numbers 25 and 27.

SO ORDERED.

Dated: December 1, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

2