UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WZ USA, LLC,

Plaintiff,

v.

QIFAN LI and ZHENLING TAO,

Defendants.

Case No.: 24-cv-08665 (JPC)

**~~[PROPOSED]~~ ORDER**

**WHEREAS**, on or about November 14, 2024, Plaintiff commenced this action against Defendants [ECF 1] asserting three claims for relief: (1) breach of contract and promissory note, (2) foreclosure of mortgage, and (3) fraud/fraudulent inducement;

**WHEREAS**, on or about January 30, 2025, upon the joint request of the parties, the Court entered a Final Judgment, ECF 8 (the "Final Judgment") on Plaintiff's claims for breach of contract and promissory note and foreclosure of mortgage;

**WHEREAS**, the Final Judgment did not adjudicate Plaintiff's claim for fraud/fraudulent inducement;

**WHEREAS**, there has been no activity in this action for nearly a year, and Plaintiff does not intend to litigate its fraud/fraudulent inducement claim;

**WHEREAS**, Plaintiff has requested that the Court dismiss the fraud/fraudulent inducement claim with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2);

**NOW THEREFORE IT IS ADJUDGED** that Plaintiff's third cause of action for fraud/fraudulent inducement [ECF 1 ¶¶ 29-36] is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ADJUDGED** that nothing in this Order affects the Final Judgment.

**IT IS FURTHER ADJUDGED** that this Court shall continue to retain exclusive jurisdiction over the Final Judgment and this Order.

Order entered this _26_ day of _October_, 2026.

Hon. John P. Cronan
United States District Judge